1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   RITA F. LIN (CABN 236220)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6961
        FAX: (415) 436-7234
8       sheila.armbrust@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-0244-22 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 16, 2018 |
| THERESA CARTER, | ) |
| Defendant. | ) |

Defendant Theresa Carter is currently scheduled to appear before the Court for a status conference on July 12, 2018, at 1:30 p.m. The parties are continuing to discuss a possible disposition of the case. Accordingly, by stipulation of the parties, and with consent of the defendant, the parties move to continue the defendant's appearance to August 16, 2018, at 1:30 p.m. for a further status conference. The parties stipulate that time between July 12, 2018, and August 16, 2018, be excluded for effective preparation of counsel and based on the Court's previous finding of case complexity pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv). The parties agree that the ends of justice served by granting the continuance to July 12, 2018, outweigh the best interest of the public and the defendant in a speedy trial.

//

//

SO STIPULATED.

DATED: July 9, 2018                                                  ALEX G. TSE
Acting United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: July 9, 2018                                                  /s/
JAMES THOMSON
Counsel for Defendant Theresa Carter

Attestation of Filer

In addition to myself, the other signatory to this document is James Thomson. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: July 9, 2018                                                  /s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

**ORDER**

For the reason stated, IT IS HEREBY ORDERED that the status conference for Theresa Carter is continued, and that the parties shall appear before the Court on August 16, 2018, at 1:30 p.m. for a further status conference. The Court finds that the exclusion of time from July 9, 2018, and August 16, 2018, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendants effective preparation of counsel, given the complexity of the case, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

IT IS SO ORDERED.

DATED: July 10, 2018                                             _____
HONORABLE WILLIAM H. ORRICK, III
United States District Judge